# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| James Smith, | : Civil Action No.: 09-cv-01748-CAB |
| | : |
| | : |
| Plaintiff, | : |
| v. | : |
| | : |
| McCarthy, Burgess & Wolff, Inc., | : |
| | : |
| | : |
| Defendant. | : |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i)

Plaintiff, James Smith, by his attorney, hereby withdraws his complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: September 23, 2009

Respectfully submitted,

IT IS SO ORDERED.

By: /s/ *Brian T. McElroy*

S/CHRISTOPHER A. BOYKO
U.S. DISTRICT COURT JUDGE

Brian T. McElroy, Esq. (0073930)
MCELROY LAW, LLC
1991 Crocker Road
Gemini I, Suite 600
Westlake, Ohio 44145
Phone: (440) 892-3334
Fax:     (440) 892-3336
Email: btm@McElroyLawllc.com

Co-Counsel with:
LEMBERG & ASSOCIATES, L.L.C.
A Connecticut Law Firm
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (877) 795-3666
*Attorneys for Plaintiff*